UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-2020

Jaquan McIntosh,

               Plaintiff(s),

v.

United States of America,

               Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19-cv-11966 (LAK)

ORDER

LEWIS A. KAPLAN, *District Judge.*

Petitioner's December 16, 2019 letter the Court was accepted as a motion under 18 U.S.C. §2255 and the caption and docket number above has been assigned.

The Clerk of Court is directed to send petitioner copies of the motion forms for a 2255 habeas petition and the pro bono appointment of counsel along with a copy of this order. Petitioner is directed to utilize the forms and file them as amended motions with the Clerk of Court no later than February 28, 2020.

SO ORDERED.

Dated:     January 8, 2020

                                    Lewis A. Kaplan
                          United States District Judge