UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JAQUAN MCINTOSH,

        Movant,

        -against-

UNITED STATES OF AMERICA,

        Respondent.
------------------------------------x

19-cv-11966 (LAK)
16-cr-0212 (LAK)

## ORDER

Lewis A. Kaplan, *District Judge.*

    The government shall respond to movant's motion [DI 3] no later than April 6, 2020. Its response should include the government's position as to whether the motion is timely. The government's attention is drawn to the statement in movant's earlier petition [DI 1] concerning lockdown(s) at Big Sandy.

    Defendant shall file his reply, if any, within 30 days of the date that the government files its response.

    SO ORDERED.

Dated:    March 5, 2020

                                        _____
                                          Lewis A. Kaplan
                                        United States District Judge