**MEMO ENDORSED!**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Jaquan McIntosh

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

United States

(List the full name(s) of the defendant(s)/respondent(s).)

19 CV 11966 (LAK) ( )

Application for the Court to Request Pro Bono Counsel

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 3-17-20*

*RECEIVED SDNY PRO SE OFFICE 2020 MAR 17 PM 12:31*

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro bono counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I need an attorney in this case because I am an absolute layman to the applicable law to my case; the complexity in the nature of the charges (racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d), Murder/Attempted Murder; the severity of the maximum penalty, and because U.S.P. Big Sandy is continuous lockdown most days throughout the year. Therefore, petitioner never has a reasonable opportunity to access the law library, and gain assistance through a competent jailhouse lawyer.

Rev. 3/27/14

<u>Memorandum Endorsement</u>     <u>McIntosh v US, 19-cv-11966 [16-cr-212] (LAK)</u>

    The request for the Court to request pro bono counsel is denied without prejudice to renewal (1) after the government responds to the Section 2255 motion, and (2) movant files a complete and satisfactory application for leave to proceed *in forma pauperis*.

    SO ORDERED.

Dated:    March 25, 2020

                                                                  _____
                                                                        Lewis A. Kaplan
                                                           United States District Judge