UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JAQUAN McINTOSH,

                Movant,

     -against-                                     19-cv-11966 (LAK)
                                                     [16-cr-0212 (LAK)]

UNITED STATES OF AMERICA,

                Respondent.                     Copies mailed by chambers
                                                        AM                     7/3/2020
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Movant's motion to recall the mandate is treated as a motion for reconsideration. It is granted to the extent that the Court will reconsider its June 11, 2020 decision if movant files reply papers on or before July 17, 2020 in light of those reply papers.

        SO ORDERED.

Dated:     July 3, 2020

                                                              _____
                                                                      Lewis A. Kaplan
                                                              United States District Judge