UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAQUAN McINTOSH,

               Movant,

-against-

UNITED STATES OF AMERICA,

               Respondent.
------------------------------------------------------------x

Copy mailed to
Jaquan McIntosh by
First Class Mail
10/11/2020      AM

19-cv-11966 (LAK)
[16-cr-0212 (LAK)]

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      No papers having been received on or before October 7, 2020, the Court declines to reconsider its June 11, 2020 ruling denying movant's Section 2255 motion. Dkt 1504, 16-cr-0212 (LAK).

      SO ORDERED.

Dated:    October 11, 2020

                                              /s/ Lewis A. Kaplan
                                              Lewis A. Kaplan
                                         United States District Judge